[No. 9017–1–II.   Division Two.   June 10, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
JASON SCOTT LORBER, *Appellant.*

Appeal from a judgment of the Superior Court for Cow-

---

[†]This opinion was noted in the advance sheets as *University of Puget Sound
v. Grimwood.*

litz County, No. 85–7–150, Milton R. Cox, J., entered July 5, 1985. *Affirmed* by unpublished opinion per Steiner, J. Pro Tem., concurred in by Dolliver and Howard, JJ. Pro Tem.